Dismissed and Memorandum Opinion filed July 5, 2007








Dismissed
and Memorandum Opinion filed July 5, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01124-CV

____________

 

OTEX RESOURCES, LLC, Appellant

 

V.

 

ADRIAN LILLICO, Appellee

 



 

On Appeal from the
280th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-35364

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 17, 2006.  On June 27, 2007, the
parties filed a joint motion to vacate the trial court judgment and dismiss the
appeal because all issues have been settled.  See Tex. R. App. P. 42.1.  The parties also
ask that we order the supersedeas bond and the collateral securing it
released.  The motion is granted.

Accordingly,
the judgment of the trial court is vacated and the appeal is ordered
dismissed.  The supersedeas bond and the collateral securing the bond shall be
released.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Justices Yates, Edelman, and Seymore.